UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

IN RE: REQUEST FOR JUDICIAL
ASSISTANCE FROM THE DISTRICT
COURT IN LOUNY, CZECH REPUBLIC
IN THE MATTER OF MICHAELA
KMEŤOVÁ V. VÁCLAV DVOŘÁK
_____/

CASE NO. 19-mc-93009

## [PROPOSED] ORDER GRANTING MOTION TO COMPEL WITNESS TO COMPLY WITH COMMISSIONER'S SUBPOENA

Upon consideration of the Motion to Compel Witness to Comply with the International Request for Judicial Assistance, IT IS ORDERED THAT the Motion be and hereby is granted;

IT IS FURTHER ORDERED that the witness, Václav Dvořák, shall provide a written affidavit in response to the Czech Court's Letter of Request by the __15__ day of __August__, 2019 pursuant to 28 U.S.C. § 1782(a).

SO ORDERED th__26__ day of __June__, 2019.

_____
UNITED STATES DISTRICT JUDGE