UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

IN RE: REQUEST FOR JUDICIAL
ASSISTANCE FROM THE DISTRICT
COURT IN LOUNY, CZECH REPUBLIC
IN THE MATTER OF MICHAELA
KMEŤOVÁ V. VÁCLAV DVOŘÁK
_____/

CASE NO. 19-mc-93009

*Allowed 6/27/19*
[signature]

## MOTION TO COMPEL WITNESS TO COMPLY WITH COMMISSIONER'S SUBPOENA

COMES NOW the undersigned Commissioner of this Court, who hereby requests an Order to compel the witness, Václav Dvořák, to provide a written affidavit of his responses to the interrogatories included in the Letter of Request from the District Court in Louny, Czech Republic ("Czech Court").

1. The Czech Court issued a Letter of Request for International Judicial Assistance pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, 23 U.S.T. 2555, *reprinted in* 28 U.S.C. § 1781, note.1, requesting that testimony be obtained from Václav Dvořák in regard to the above-captioned matter.

2. On March 15, 2019, Judge Mark G. Mastroianni appointed the undersigned as Commissioner pursuant to a 28 U.S.C. § 1782 Application to obtain the evidence in response to the request from the Czech Republic (Doc. 3).

3. As Commissioner, the undersigned issued a subpoena requesting the witness send a written affidavit to the Office of International Judicial Assistance by June 14, 2019. (Exhibit A).

4. The subpoena was personally served on Václav Dvořák on May 6, 2019 at 5:40 pm by the United States Marshal Service. (Exhibit B).